IT IS ORDERED

Date Entered on Docket: February 6, 2026



_____
**The Honorable Robert H Jacobvitz**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re: STEPHANIE LYNN RUIZ,
        Debtor.                        Case No. 25-11478 j7

## ORDER GRANTING MOTION TO COMPEL TRUSTEE'S ABANDONMENT OF PROPERTY AND ABANDONING THE PROPERTY LOCATED AT 2848 DIAMOND SPRINGS DR., LAS CRUCES, NEW MEXICO PURSUANT TO 11 U.S.C. §554

      This matter came before the Court on the Debtor's Motion to Compel Trustee's Abandonment of Property Pursuant to 11 U.S.C. §554 filed January 8, 2026 (the "Motion" docket #18) in which Debtor, Stephanie Lynn Ruiz "Debtor") sought to compel the abandonment of her personal residence scheduled in her Schedule A/B filed on November 25, 2025 (docket #1) and Amended on January 8, 2026 (docket #19) located at 2848 Diamond Springs Dr., Las Cruces, New Mexico.

      1.      Debtor filed the Motion on January 8, 2026 and the Notice of Deadline for Filing Objections ("Notice") was filed on January 11, 2026 (docket #21). The Motion and Notice were served upon all parties on January 9, 2026 per the Notice and the attached Certificate of Service.

1

2. Creditor, PNC Bank, NA, ("PNC") was not served via Certified Mail as required by Bankruptcy Rule 7004(h); however, PNC through counsel noted below consents to the Motion.

3. The Notice of Deadline for Filing Objections provided parties 14 days to file an objection from the date of service per Bankruptcy Rule 6007(a).

4. No objections were filed.

The Court being fully advised hereby:

ORDERS ADJUDGES AND DECREES that the Debtor's Motion is hereby granted and the Debtor's real property described as her primary residence located at 2848 Diamond Springs Dr., Las Cruces, New Mexico in Schedule A/B of her Bankruptcy Schedules as amended is hereby deemed abandoned and removed from the Debtor's bankruptcy estate.

***END OF ORDER***

Respectfully Submitted,

<u>Via email 2/6/2026</u>
R. "Trey" Arvizu, III
Attorney for Debtor
715 E. Idaho, Suite 3F
Las Cruces, NM  8800`
(575)527-8600
(575)527-1199 (fax)
trey@arvizulaw.com

Zwicker & Associates, PC

<u>Approved via email 2.6.26</u>
Karen Weaver
8500 Menaul Blvd NE
Suite B-250
Albuquerque, NM 87112
(505)933-6934
Attorney for PNC Bank, NA